■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RIVERA, Also Known as WILLIAM REYES, Appellant. [831 NYS2d 90]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered on or about July 27, 2004, and order, same court and Justice, entered February 24, 2006, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Gonzalez, McGuire and Malone, JJ.